Clare M. Sproule, Esq.
The Law Office of Clare M. Sproule
3056 Riverside Drive
Wantagh, NY 11793
(516) 804-5598

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KAREN NAPOLITANO, JANET WILKEN SPADERO, : ECF Case
JANET KAM, PATRICIA CLAHANE, CATHRYN L. :
KOURTIS, VALERIE HAWKINS, PATRICIA N. : CV 09 4154 (LDW) (WDW)
CHARDON AND MELISSA ALGER, Individually and :
on Behalf of All Other Persons Similarly Situated, : **DEFENDANT'S RULE 7.1**
:    **STATEMENT**
Plaintiffs, :
:
- against - :
:
:
LIVINGSTON FOOT CARE SPECIALISTS, P.C., DR. :
LEON LIVINGSTON, DR. DOUGLAS LIVINGSTON :
and JOHN DOES #1-10, Jointly and Severally, :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Livingston Foot Care Specialists, P.C. hereby certifies that there is no corporate parent of Defendant Livingston Foot Care Specialists, P.C., nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York    THE LAW OFFICE OF CLARE M. SPROULE
       December 2, 2009

                               By:     /S/Clare M. Sproule
                                        Clare M. Sproule

                              3056 Riverside Drive
                              Wantagh, New York  11793
                              Office/Fax (516) 804-5598
                              csproule@sproulelaw.com
                              Attorney for Defendant Livingston Foot Care
                              Specialists, P.C.

Clare M. Sproule, Esq.
The Law Office of Clare M. Sproule
3056 Riverside Drive
Wantagh, NY 11793
(516) 804-5598

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------x

KAREN NAPOLITANO, JANET WILKEN SPADERO, : ECF Case
JANET KAM, PATRICIA CLAHANE, CATHRYN L. :
KOURTIS, VALERIE HAWKINS, PATRICIA N. : CV 09 4154 (LDW) (WDW)
CHARDON AND MELISSA ALGER, Individually and :
on Behalf of All Other Persons Similarly Situated, : **DEFENDANT'S RULE 7.1**
: **STATEMENT**
Plaintiffs, :
:
- against - :
:
LIVINGSTON FOOT CARE SPECIALISTS, P.C., DR. :
LEON LIVINGSTON, DR. DOUGLAS LIVINGSTON :
and JOHN DOES #1-10, Jointly and Severally, :
Defendants. :

------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Livingston Foot Care Specialists, P.C. hereby certifies that there is no corporate parent of Defendant Livingston Foot Care Specialists, P.C., nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York    THE LAW OFFICE OF CLARE M. SPROULE
       December 2, 2009

                                    By:     /S/Clare M. Sproule
                                                  Clare M. Sproule

                                    3056 Riverside Drive
                                    Wantagh, New York  11793
                                    Office/Fax (516) 804-5598
                                    csproule@sproulelaw.com
                                    Attorney for Defendant Livingston Foot Care
                                    Specialists, P.C.