# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

January 8, 2010

The Honorable William D. Wall
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re: Karen Napolitano, et. al, Individually and on Behalf of All Other Persons Similarly
    Situated v. Livingston Foot Care Specialists, P.C., et. al.
    Case No.: 09CV4154

Dear Judge Wall,

I represent the Plaintiff in the above referenced matter. I am in receipt of your Honor's order for a conference on February 8, 2010 at 11:30a.m. However, I am scheduled to appear before Judge Gold in the Eastern District in Brooklyn on another matter on February 8, 2010 at 11:00a.m. Additionally, I have spoken with defense counsel who has consented to this request. Accordingly, I respectfully request an adjournment of the conference before your Honor. Thank you for your consideration in this matter.

Respectfully yours,
Gottlieb & Associates

By: Jeffrey M. Gottlieb, Esq.

Via: ECF and 1st Class Mail

Cc: Clare M. Sproule, Esq., Attorney for Defendants, via fax, (516)804-5598

JMG/dlg