UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

KAREN NAPOLITANO, JANET WILKEN SPADERO,
JANET KAM, PATRICIA CLAHANE,
CATHRYN L. KOURTIS, VALERIE HAWKINS,
PATRICIA N. CHARDON and MELISSA ALGER,
Individually and on Behalf of All Other Persons
Similarly Situated

Plaintiffs,

-against-

LIVINGSTON FOOT CARE SPECIALISTS, P.C.,
DR. LEON LIVINGSTON, DR. DOUGLAS
LIVINGSTON and JOHN DOES #1-10,
Jointly and Severally

Defendants.
--------------------------------------------------------X

Case No.: 09CV4154(LDW)
**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, KAREN

NAPOLITANO, JANET WILEN SPADERO, JANET KAM, PATRICIA CLAHANE,

CATHRYN L. KOURTIS, VALERIE HAWKINS, PATRICIA N. CHARDON and MELISSA

ALGER, and Defendants, LIVINGSTON FOOT CARE SPECIALISTS, P.C., DR. LEON

LIVINGSTON, DR. DOUGLAS LIVINGSTON and JOHN DOES #1-10, Jointly and Severally,

in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled

action be dismissed without prejudice and without fees and costs.

Dated: New York, New York
       March 8, 2010

**THE LAW OFFICE OF CLARE M. SPROULE**

_____
Clare M. Sproule, Esq.
3056 Riverside Drive
Wantagh, New York 11793

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.(JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003

(516)804-5598                              (212) 228-9795
Attorney for Defendants                    Attorneys for Plaintiffs


SO ORDERED:


_____
United States District Court Judge